FORM TO BE USED BY PRISONERS IN FILING A *BIVENS* COMPLAINT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

Demetrius T. Freeman

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

NOV 07 2019

ARTHUR JOHNSTON
BY _____ DEPUTY

*(Enter above the full name, address, and prisoner
number of the plaintiff in this action)*

V.

CIVIL ACTION NUMBER: 3:19cv797 CWR-LRA
(to be completed by the Court)

S. Newton, Correctional Officer
N. Morales, Escorted Medical Staff

Fed.Rule.Civ.P.38(d)  " Jury Demand "

*(Enter above the full name of the defendant or defendants in this action)*

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
**The plaintiff must fully complete the following questions.  Failure to do so may result in your case being dismissed.**

A.    Have you ever filed any other lawsuits in a court of the United States? Yes ( ✓ )  No ( )

B.    If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you.  (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1.  Parties to the action:  D. Provost

2.  Court (if federal court, name the district; if state court, name the county): Southern District of Mississippi

3.  Docket Number:  19-CV-00421-DPJ-FKB

4.  Name of judge to whom case was assigned: Jordon/Ball

5.  Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?):

Pending

sadistic and malicious manner as the Plaintiff was left hanging from the "food slot" by the skin of his left arm, as all staff did laugh and leave the SHU range of A1 ≅ cell 114, during the evening 'pill call'.

A brief description is as follows. While suffering from sickle cell related issues, Plaintiff was denied medical treatment, and sanitary conditions. Feces and urine was covering the cell floor and detrimental to Plaintiff as he has already had a previous 'splenectomy'.

After explaining several medical conditions and actual injuries, to include living conditions, and injuries from a previous assault, N. Morales which was escorted "medical staff" did refuse to render medical treatment and did slam the Plaintiffs forearm in the food slot several times. This assault was intended to cause pain and did cause pain in a malicious manner.

C/o S. Newton did then lock the foodslot as N. Morales held it in place, thereby causing severe injury to Plaintiffs left shoulder and forearm, and did also cause Plaintiffs forearm, the skin thereof to be locked in the foodslot door jam.

This conduct was also sadistic as Plaintiff continued to yell in agony, as N. Morales, and S. Newton laughed and left the SHU range. Other inmates hit the emergency duress buttons in their cells and kicked doors. Several minutes later C/o S. Newton returned and unlocked the foodslot, although by this time Plaintiff had lost an unknown amount of blood, (sustained injury to forearm) and left shoulder, as well as back pain.

These assaults and injuries were caused by S. Newton and N. Morales, which caused a substantial injury, and did then ignore the injury inflicted in a sadistic and malicious manner. The Plaintiff did sustain these injuries while being held in custody illegally, as well as the wrong custody level in December 2017.

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Demetrius T. Freeman          Prisoner Number: 12754-021

   Address: USP Victorville, Po Box 3900, Adelanto, Ca 92301

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: S. Newton  Correctional          is employed as _____
Correctional Officer      at   FCI Yazoo (Medium) .

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME:                          ADDRESS:

Demetrius T. Freeman              Same as above

DEFENDANT(S):

NAME:                          ADDRESS:
S. Newton                      2225 Haley Barbour PKwy, Yazoo, Ms. 39194
N. Morales                     2225 Haley Barbour PKwy, Yazoo, Ms 39194

## STATEMENT OF CLAIM

III.    State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

The Week of December 5, 2017, S.Newton %, and N.Morales Escorted Medical Staff did assault the Plaintiff by slamming a food slot on his left arm, which did cause the skin of the forearm to be locked in the food slot. This assault did cause bleeding, lacerations to the forearm, as well as substantial injuries to the left shoulder. This assault was conducted in a a

2

Plaintiff thereby demands the relief sought for the injuries sustained.

## RELIEF

IV.    State what relief you seek from the court.  Make no legal arguments.  Cite no cases or statutes.

Plaintiff demands 3 million dollars (US currency), plus the cost of litigation

Signed this __31__ day of __October__, 20__19__.

_12734-021_
_USP Victorville_
_Po Box 3900_
_Adelanto, Ca 92301_
(Signature of plaintiff, prisoner number and address)

I declare under penalty of perjury that the foregoing is true and correct.

__31 Oct, 2019__
(Date)

(Signature of plaintiff)

3