IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DEMETRIUS T. FREEMAN**                                                              **PLAINTIFF**

**V.**                                               **CAUSE NO. 3:19-CV-797-CWR-LGI**

**S. NEWTON, et al.**                                              **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac, which was entered on January 29, 2021. Docket No. 30. The Report and Recommendation clearly notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id*.[1]

This Court, finding that there has been no submission of written objections by any party,[2] hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, Defendant Newton's Motion to Dismiss/ Motion for Summary Judgment [Docket No. 21] is denied without prejudice.

**SO ORDERED**, this the 26th day of March, 2021.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE

---

[1] This Court granted the Defendants' Motion for Extension of Time to File Objections to Judge Isaac's Order, from February 12, 2021, until March 4, 2021.

[2] Defendants' brief is captioned in part as a response to the Report and Recommendation. Docket No. 34. However, it does not directly object to Judge Isaac's findings or recommendations. Rather it states, "[t]his reply is provided to specifically address certain issues identified in the Report and Recommendation as well as to provide the additional information requested in the opinion." Docket No. 34 at 3. As such, the Court construes this brief to be solely in support of its second motion to dismiss, which will be taken up in due course.